WILLIAM MCKAY, an Infant, by JEANNE MCKAY, His Mother and Natural Guardian, Respondent, et al., Plaintiff, v. VILLAGE OF MAMARONECK et al., Defendants, and TOWN OF RYE, Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur; Hopkins, J., dissents and votes to affirm the order insofar as appealed from for the reasons stated in his dissenting memorandum in *Anderson* v. *County of Nassau* (31 A D 2d 761).